Send
J86

Allan P. Leguay SBN 71632
Law Offices of Allan P. Leguay
3501 Jamboree Rd., Suite 6000
Newport Beach, CA 92660
(949) 725-7992
(940) 725-7994 (fax)
leguay@leguaylaw.com

Attorneys for Edward Loyd

LODGED
2006 DEC 20 PM 2:59
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

FILED
CLERK, U.S. DISTRICT COURT
DEC 21 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>EDWARD B. LOYD<br><br>Debtor | Case No: SA CV04-1141 GAF<br>BK# SA01-14300 JB<br>ADV# SA01-01511 JB |
| EDWARD B. LOYD<br><br>Plaintiff and Appellant<br>vs.<br><br>L.C. INVESTMENTS, INC., DANIELA SUN, DENNIS T.L. SUN (a.k.a. SUN TAI LUN, FIRST AMERICAN TITLE INSURANCE CORPORATION<br><br>Defendants and Appellees | STIPULATION AND ORDER DISMISSING APPEAL |

Plaintiff and Appellant Edward Loyd, and Defendant and Appellee Dennis Sun, by and through their respective counsel of record, stipulate that the Court may enter an order herein as follows:

1. That the appeal of Edward Loyd shall be dismissed.
2. That each party shall bear its own costs and attorneys' fees.

DOCKETED ON CM
DEC 26 2006
BY 022

23

ORIGINAL

DATED: December 19, 2006

Morrison and Foerster LLP

By ______________________
Eric Olson
Attorneys for Defendant Sun

DATED: December 5, 2006

LAW OFFICES OF ALLAN P. LEGUAY

By ______________________
Allan P. Leguay, attorney for Plaintiff

**ORDER**

IT IS herby ordered that the appeal of Edward Loyd is dismissed, and each side shall bear its own costs and attorneys' fees.

Dated: 12/21/06

______________________
Gary A. Feess
United States District Judge